IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
FEB 19 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| v. ) | CASE NO. 5:26 CR 0 0 0 8 7 |
| ) | Title 18, United States Code, |
| GEORGE MANUSELIS, ) | Sections 554 and 922(a)(6) |
| aka GEORGE MANOUSELIS, ) | JUDGE POLSTER |
| Defendant. ) | |

COUNT 1
(Smuggling Goods from the United States, 18 U.S.C. § 554)

The Grand Jury charges:

1. From on or about December 17, 2021, to on or about February 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant GEORGE MANUSELIS aka GEORGE MANOUSELIS, fraudulently and knowingly exported and sent and attempted to fraudulently and knowingly export and send firearms and ammunition to wit: three firearms chambered in .50 caliber and smaller, from the United States to Greece, contrary to a law and regulation of the United States, to wit: the Export Control Reform Act (ECRA), 50 U.S.C. §§ 4801-4852, and the Export Administration Regulations (EAR), 15 C.F.R. §§ 730-744, in violation of Title 18, United States Code, Section 554.

COUNT 2
(Making False Statements During the Purchase of a Firearm, 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

2. On or about December 11, 2025, in the Northern District of Ohio Eastern Division, Defendant GEORGE MANUSELIS aka GEORGE MANOUSELIS, in connection with

the acquisition of a firearm, to wit: a Glock, Model: 43, 9MM Pistol, Bearing Serial # ALBR914, from a licensed of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he was not purchasing the firearm with the intention of selling, transferring or transporting the firearm to a third party or prohibited party; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 3
(Making False Statements During the Purchase of a Firearm, 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

3. On or about December 17, 2025, in the Northern District of Ohio Eastern Division, Defendant GEORGE MANUSELIS aka GEORGE MANOUSELIS, in connection with the acquisition of a firearm, to wit: a Smith & Wesson, Model: M&P9 Shield Plus, 9MM Pistol, Bearing Serial # EJV6284, from a licensed of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he was not purchasing the firearm with the intention of selling, transferring or transporting the firearm to a third party or prohibited party; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 4
(Making False Statements During the Purchase of a Firearm, 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

4. On or about December 26, 2025, in the Northern District of Ohio Eastern Division, Defendant GEORGE MANUSELIS aka GEORGE MANOUSELIS, in connection with the acquisition of a firearm, to wit: a Colt PT.F.A. MFG. CO, Model: Defender Lightweight, .45 Auto Pistol, Bearing Serial # DF147254, from a licensed of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he was not purchasing the firearm with the intention of selling, transferring or transporting the firearm to a third party or prohibited party; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 5
(Making False Statements During the Purchase of a Firearm, 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

5. On or about December 31, 2025, in the Northern District of Ohio Eastern Division, Defendant GEORGE MANUSELIS aka GEORGE MANOUSELIS, in connection with the acquisition of a firearm, to wit: a Smith & Wesson, Model: M&P9, 9MM Pistol, Bearing Serial # DLY8246, from a licensed of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he was not purchasing the firearm with the intention of selling,

3

transferring or transporting the firearm to a third party or prohibited party; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).to the Grand Jury, in violation of Title 18, United States Code, Section 1470.

## COUNT 6
(Making False Statements During the Purchase of a Firearm, 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

6. On or about December 31, 2025, in the Northern District of Ohio Eastern Division, Defendant GEORGE MANUSELIS aka GEORGE MANOUSELIS, in connection with the acquisition of a firearm, to wit: a Kimber, Model: Micro 9, 9MM Pistol, Bearing Serial # SCB0074868, from a licensed of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he was not purchasing the firearm with the intention of selling, transferring or transporting the firearm to a third party or prohibited party; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 7
(Smuggling Goods from the United States, 18 U.S.C. § 554)

The Grand Jury further charges:

7. From on or about December 18, 2025, to on or about January 8, 2026, in the Northern District of Ohio, Eastern Division, Defendant GEORGE MANUSELIS aka GEORGE MANOUSELIS, fraudulently and knowingly exported and sent and attempted to fraudulently and knowingly export and send firearms and ammunition to wit: five firearms chambered in .50 caliber and smaller, and approximately 940 rounds of ammunition, from the United States to

Greece, contrary to a law and regulation of the United States, to wit: the Export Control Reform Act (ECRA), 50 U.S.C. §§ 4801-4852, and the Export Administration Regulations (EAR), 15 C.F.R. §§ 730-744, a law and regulations of the United States, in violation of Title 18, United States Code, Section 554.

## FORFEITURE

The Grand Jury further charges:

8. The allegations of Counts 1 through 8 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1), 934, and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant GEORGE MANUSELIS aka GEORGE MANOUSELIS shall forfeit any firearm and ammunition involved in or used in violation of the offenses charged in Counts 2 through 7; any property constituting, or derived from, proceeds traceable to the commission of the offenses charged in Counts 1 and 8, or any property traceable to such property; any property constituting or derived from, any proceeds obtained, directly or indirectly, as the result of the violation charged in Count 7; and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation charged in Count 7; including, but not limited to, the following properties seized on January 8, 2026:

    A. a Glock, Model: 43, 9MM Pistol, Bearing Serial # ALBR914;

    B. a Smith & Wesson, Model: M&P9 Shield Plus, 9MM Pistol, Bearing Serial # EJV6284;

    C. a Colt PT.F.A. MFG. CO, Model: Defender Lightweight .45 Auto Pistol, Bearing Serial # DF147254;

    D. a Smith & Wesson, Model: M&P9, 9MM Pistol, Bearing Serial # DLY8246;

    E. a Kimber, Model: Micro 9, 9MM Pistol, Bearing Serial # SCB0074868; and

    F. Approximately 940 rounds of ammunition.

## SUBSTITUTE ASSETS

If, as a result of any act or omission of Defendants, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been comingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of Defendants up to the value of the forfeitable property described above.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.