AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GEORGE MANUSELIS | ) | Case No. 5:26CR87 |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | Carl B. Stokes U.S Court House<br>801 West Superior Avenue,<br>Cleveland, OH 44113 |
|---|---|
| Courtroom No.: | 18B |
| Date and Time: | 03/05/2026 10:45 am |

This offense is briefly described as follows:

18 U.S.C. § 554 Smuggling Goods from the United States (1)
18 U.S.C. §§ 922(a)(6) and 924(a)(2) Making False Statements During the Purchase of a Firearm (2-4)
18 U.S.C. §§ 922(a)(6) and 924(a)(2) and 18 U.S.C. § 1470 Making False Statements During the Purchase of a Firearm (5)
18 U.S.C. §§ 922(a)(6) and 924(a)(2) Making False Statements During the Purchase of a Firearm (6)

Date: 02/20/2026

s/Katherine King
*Issuing officer's signature*

Katherine King, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*